UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:15-cv-11963-PBS

RAHSHEEM CHRISTIAN,

    Plaintiff

v.

JOHN STURDEVANT AND
CITY OF BROCKTON,

    Defendants

## MOTION FOR SUMMARY JUDGMENT
## PURSUANT TO RULE 56(C)

Now come the Defendants, John Sturdevant and City of Brockton, and hereby move this Honorable Court to allow their Motion for Summary Judgment, as there are no disputed material facts and they are entitled to judgment as a matter of law.

As grounds therefore, Defendants, John Sturdevant and City of Brockton have attached a Memorandum of Law in support of said Motion.

    Defendants,
    John Sturdevant and City of Brockton,

    By their Attorney,

    /s/*Stephen C. Pfaff*
    _____
    Stephen C. Pfaff BBO# 553057
    Louison, Costello, Condon & Pfaff
    101 Summer Street, 4th floor
    Boston, MA 02110
    (617) 439-0305

## **CERTIFICATE OF SERVICE**

  I, Stephen C. Pfaff, hereby certify that on the 8th day of July, 2016, I served the foregoing by causing a copy to be directed to the following by electronic filing and/or first class mail, postage prepaid**:**

Gordon W. Spencer, Esq.
Law Office of Gordon W. Spencer
945 Concord Street
Framingham, MA 01701

        /s/*Stephen C. Pfaff*
        _____
        Stephen C. Pfaff